IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

vs.                                    Case No. 4:11cv398-RH/WCS

CAPTAIN DAVIS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The *pro se* Plaintiff filed an *in forma pauperis* motion, doc. 2, and a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. Plaintiff's *in forma pauperis* application was deemed to be insufficient and an order was entered directing Plaintiff to file an amended financial affidavit in support of the motion. Doc. 4. That order has been returned to the Court as undeliverable. Doc. 5. In a similar case filed by Plaintiff in June, 2011, a report and recommendation was entered because of mail returns. Case 4:11cv299.

Without court orders being able to reach Plaintiff, this litigation is not possible. This case should be dismissed without prejudice to Plaintiff's ability to refile the action should he obtain a more permanent mailing address.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 9, 2011.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**