IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                         CASE NO. 4:11cv398-RH/WCS

CAPTAIN DAVIS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED for failure to prosecute." The clerk must close the file.

SO ORDERED on September 23, 2011.

                                          Robert L. Hinkle
                                          United States District Judge